**IN THE UNITED STATES DISTRICT COURT**  
**FOR THE SOUTHERN DISTRICT OF OHIO**

(Revised 09/19)

Cathy Kleiman, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

-vs-

The Procter and Gamble Company,

        Defendant,

Case No.: 1:23-cv-00590-DRC

District Judge Douglas R. Cole

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, _Andrew S Baker_, trial
(Name of Trial Attorney)

attorney for _Cathy Kleiman_, in the above-referenced action, hereby moves the court to
(Name of Party)

admit _Paul Doolittle_, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for _Cathy Kleiman_.
(Name of Party)

Movant represents that _Paul Doolittle_ is a member in good standing
(Name of PHV Attorney)

of the highest court of _South Carolina_ as attested by the accompanying certificate from that
(Name of State)

court and that _Paul Doolittle_ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

_____Paul Doolittle_____'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone ____803-222-2222____  Business fax ____843-494-5536____

Business address ____32 Ann Street , Charleston SC 29403_____

_____

Business e-mail address _paul.doolittle@poulinwilley.com_____

_____
(Signature of Trial Attorney)
_The Baker Law Group; 89 E. Nationwide Blvd._
(Address)
_Ste 2nd Floor, Columbus, OH 43215_____
(City, State, Zip Code)
_614-228-1882_____
(Telephone Number)

Trial Attorney for __Cathy Kleiman_____
            (Name of Party)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via CF/ECF system on this  18  day of October 2023.

*/s/Andrew Baker*
Andrew S Baker