# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Cathy Kleiman, Individually and on Behalf of All Others Similarly Situated,

           Plaintiff,

-vs-

The Procter and Gamble Company,

           Defendant,

Case No.: 1:23-cv-00590-DRC

District Judge Douglas R. Cole

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Andrew S Baker__, trial
(Name of Trial Attorney)

attorney for __Cathy Kleiman__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Paul Doolittle__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Cathy Kleiman__.
(Name of Party)

Movant represents that __Paul Doolittle__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __South Carolina__ as attested by the accompanying certificate from that
(Name of State)

court and that __Paul Doolittle__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

Paul Doolittle's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone   803-222-2222   Business fax   843-494-5536

Business address   32 Ann Street , Charleston SC 29403

Business e-mail address  paul.doolittle@poulinwilley.com

_____
(Signature of Trial Attorney)

 The Baker Law Group; 89 E. Nationwide Blvd.
(Address)

 Ste 2nd Floor, Columbus, OH 43215
(City, State, Zip Code)

 614-228-1882
(Telephone Number)

Trial Attorney for   Cathy Kleiman
                     (Name of Party)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via CF/ECF system on this  18  day of October 2023.

*/s/Andrew Baker*
Andrew S Baker

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Paul J. Doolittle (Paul J. Doolittle) was duly sworn and admitted as an attorney in this state on November 15, 1993 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

October 18, 2023

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.