# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Cathy Kleiman, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

-vs-

The Procter and Gamble Company,

        Defendant,

Case No.: 1:23-cv-00590-DRC

District Judge Douglas R. Cole

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Andrew S Baker__, trial
(Name of Trial Attorney)

attorney for __Cathy Kleiman__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Blake G. Abbott__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Cathy Kleiman__.
(Name of Party)

Movant represents that __Blake G. Abbott__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __SC and NC__ as attested by the accompanying certificate from that
(Name of State)

court and that __Blake G. Abbott__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

Blake G. Abbott
_____'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone  803-222-2222   Business fax  843-494-5536

Business address  32 Ann Street , Charleston SC 29403

Business e-mail address  blake.abbott@poulinwilley.com

_____
(Signature of Trial Attorney)
 The Baker Law Group; 89 E. Nationwide Blvd.
(Address)
 Ste 2nd Floor, Columbus, OH 43215
(City, State, Zip Code)
 614-228-1882
(Telephone Number)

Trial Attorney for   Cathy Kleiman
                        (Name of Party)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via CF/ECF system on this  18  day of October 2023.

*/s/Andrew Baker*
Andrew S Baker